GEORGE E. HARDING, Respondent, *v.* ROMAN CATHOLIC CHURCH OF ST. PETER, Appellant.

*Harding* v. *Roman Catholic Church of St. Peter*, 113 App. Div. 685, affirmed.

(Argued May 3, 1907; decided May 21, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 26, 1906, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court and an order denying a motion for a new trial in an action to recover for services alleged to have been rendered.

*Martin Conboy* for appellant.

*Melvin G. Palliser,* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ. Not voting: O'BRIEN, J.

---

MINNIE L. DERBY, Appellant, *v.* DEGNON-McLEAN CON-TRACTING COMPANY, Respondent.

*Derby* v. *Degnon-McLean Contracting Co.*, 112 App. Div. 324, affirmed.
(Argued May 6, 1907; decided May 21, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 15, 1906, which reversed a judgment in favor of plaintiff and an order denying a motion for a new trial and granted a new trial in an action to recover for personal injuries alleged to have been sustained through defendant's negligence.

*Melville J. France* and *L. Victor Fleckles* for appellant.

*James F. Donnelly* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.
Concur: GRAY, O'BRIEN, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ. Absent: CULLEN, Ch. J.